UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-CR-326-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUAN CASTELLANOS-JIMENEZ, | |
| Defendant. | |

**ORDER**

All parties being in agreement and the best interest of justice being served:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Thursday, January 17, 2013 at 9:00 a.m., be vacated and continued to  February 1, 2013, at the hour of  9:30 a.m.

DATED this 3rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

3